IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARANYA-MARQUIS DUDLEY                                                                  PLAINTIFF

v.                                           Case No. 4:24-cv-4055

ARKANSAS INSURANCE DEPARTMENT;
and STATE OF ARKANSAS                                                                   DEFENDANTS

## ORDER

    Before the Court are two Report and Recommendations ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF Nos. 19 & 20.  Judge Byrant recommends that Defendants' Motions to Dismiss (ECF Nos. 10 & 13) be granted because Plaintiff's claims are barred by the doctrine of sovereign immunity.[1]  Plaintiff filed an objection to the R&Rs (ECF No. 21) but it does not address any substantive basis of Judge Bryant's recommendations, thus failing to trigger a de novo review of the R&Rs.  *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a de novo review of a magistrate's recommendation instead of a review for plain error).

    Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&Rs (ECF Nos. 19 & 20) *in toto*.  Defendants' Motions to Dismiss (ECF Nos. 10 & 13) hereby are **GRANTED**.  Plaintiff's claims hereby are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 25th day of October, 2024.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        Chief United States District Judge

---

[1] Judge Bryant alternatively recommends that Separate Defendant State of Arkansas' Motion to Dismiss (ECF No. 13) be granted because Plaintiff failed to comply with service requirements under Federal Rule of Civil Procedure 4.